UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| MARILYN THOMAS, | NO: 2:17-CV-0102-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| J.C. PENNEY CORPORATION, INC., a Delaware Corporation, and NORTH TOWN MALL, LLC, a Delaware Corporation, and KONE, INC., a Delaware Corporation, and JANE and JOHN DOE'S, Washington Individuals, | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 9). The parties have stipulated to the dismissal of all claims set forth in Plaintiff's Amended Complaint with prejudice and with each party bearing its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims set forth in Plaintiff's Amended Complaint are **DISMISSED** with prejudice and with each party bearing its own costs.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 8, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2